■ The People of the State of New York, Respondent, v Kelvin Haywood, Appellant. [41 NYS3d 881]—Order, Supreme Court, New York County (Neil E. Ross, J.), entered March 31, 2015, which adjudicated defendant a level two sexually violent

offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Even assuming that defendant's correct point score is 95 rather than 105, he remains a level two offender, and we find no basis for a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument or outweighed by the seriousness of the underlying offense. Concur—Mazzarelli, J.P., Friedman, Acosta, Andrias and Moskowitz, JJ.